IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JOE NORRELL, #1092197 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-cv-411-RAH-JTA |
| | ) | (WO) |
| PHENIX CITY PUBLIC TRANSPORTATION (PEX), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the court is the Motion to Dismiss filed by Defendant Phenix City Public Transportation. (Doc. No. 30.) For good cause, it is ORDERED as follows:

1.      On or before **February 14, 2025**, Plaintiff Larry Joe Norrell shall show cause in writing as to why the motion to dismiss should not be granted.

2.      Plaintiff is specifically ADVISED to address the issues raised in the motion to dismiss and state why this case should not be dismissed. Plaintiff is CAUTIONED that should he fail to show cause why the motion should not be granted <u>or</u> fail to comply with this Order, the Magistrate Judge will recommend that his complaint be dismissed.

3.      Defendant shall file a reply on or before **February 21, 2025**.

Upon the filing of the reply brief, the motion will be deemed under submission and no further briefs will be permitted absent leave of court.

DONE this 21st day of January, 2025.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE