IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY JOE NORRELL, #1092197 | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:24-cv-411-RAH-JTA ) (WO) |
| PHENIX CITY PUBLIC TRANSPORTATION (PEX), | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court are the following motions: Plaintiff's motion for copies (Doc. No. 26), Plaintiff's motion for order (Doc. No. 26), and Plaintiff's motion for information (Doc. No. 29).

Plaintiff's motion for order (Doc. No. 26) and motion for information (Doc. No. 29) request procedural information from the court. The court provides the following information in response. First, the Clerk of Court issued the summons and a copy of the Amended Complaint on December 23, 2024. (Doc. No. 27.) Service was effected on December 26, 2024. (Doc. No. 28.) Second, mediation can be initiated either by motion of a party or by the court on its own motion. Plaintiff may request a Pro Se Assistance Program ("PSAP") attorney to assist him with mediation at the appropriate juncture, usually when mediation is ordered or requested by a party. As for the remaining information Plaintiff seeks, the court refers him to the Federal Rules of Civil Procedure. A link to a current copy

of the Federal Rules of Civil Procedure can be found on the court's website at https://www.almd.uscourts.gov/about/rules-orders-procedures.

Accordingly, and for good cause, it is ORDERED as follows:

1. Plaintiff's motion for copies[1] (Doc. No. 26) is GRANTED to the extent that the Clerk of Court is DIRECTED to provide Plaintiff with a copy of the docket sheet in this case.

2. Plaintiff's motion for order (Doc. No. 26) and motion for information (Doc. No. 29) are GRANTED to the extent provided in this Order.

**For future reference, Plaintiff is ADVISED the court does not accept letter motions. Requests for court action must be in the form of a written, filed motion.** *See* M.D. Ala. LR 5.7[2] (providing "Pleadings, Briefs and Motions will not be accepted in 'letter form'" and "[a]ll documents requesting any Court action or presenting any matters for [the Court's] consideration … must be filed in accordance with … the Federal Rules of Civil Procedure and" the Local Rules for the United States District Court for the Middle District of Alabama); *see also* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion. The motion must: (A) be in writing unless made during a hearing or trial;

---

[1] Plaintiff did not specify the documents of which he seeks copies. However, his motions indicate that he would benefit from receiving a copy of the docket sheet to clarify the status of the case and of service.

[2] The local Rules for the United States District Court for the Middle District of Alabama may be found at https://www.almd.uscourts.gov/forms/almd-local-rules.

(B) state with particularity the grounds for seeking the order; and (C) state the relief sought."); Fed. R. Civ. P. 7(b)(2) ("The rules governing captions and other matters of form in pleadings apply to motions and other papers."); Fed. R. Civ. P. 10 (setting forth the requirements of a proper caption). In the future, the undersigned will not consider any request for court action in this case unless such request is contained in a motion filed in accordance with the Court's local rules and the Federal Rules of Civil Procedure. *See* M.D. Ala. LR 5.7 (warning the court will not consider "letters motions," "letter briefs," or "supplemental information").

DONE this 21st day of January, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE