IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY JOE NORRELL, #1092197 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENIX CITY PUBLIC )<br>TRANSPORTATION )<br>(PEX), )<br>)<br>Defendant. ) | CASE NO. 3:24-cv-411-RAH-JTA<br>(WO) |

## **ORDER**

This matter is before the court on *pro se* Plaintiff Larry Joe Norrell's Motion for Discovery, which also contains a "request that a pretrial hearing date be set by the magistrate judge." (Doc. No. 35.) The motion for discovery is premature. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."); (*see* Doc. No. 5 at 3 (July 29, 2024 Order explaining the procedures in civil cases, including the timing of discovery and the Rule 26(f) conference).) The motion for pretrial hearing is also premature. (*See* Doc. No. 5 at 3 ("After the court rules on any [dispositive] motions, and if any of Plaintiff's claims remain pending, a pretrial hearing will be held in advance of a trial.").)

Accordingly, it is ORDERED as follows:

1. The motion for discovery (Doc. No. 35) is DENIED.

2. The motion for pretrial hearing (Doc. No. 35) is DENIED.

DONE this 24th day of January, 2025.

                                            JERUSHA T. ADAMS
                                            UNITED STATES MAGISTRATE JUDGE